IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  20-cv-267-LMB , Case Name  Smith v. Cuisine Solutions, Inc.
Party Represented by Applicant:  Ruth Smith and the alleged Class

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Patrick Harry Peluso
Bar Identification Number  47642      State  Colorado
Firm Name  Woodrow & Peluso, LLC
Firm Phone #  720-213-0675      Direct Dial #  720-213-0676      FAX #  303-927-0809
E-Mail Address  ppeluso@woodrowpeluso.com
Office **Mailing** Address _____

Name(s) of federal court(s) in which I have been admitted  See Attached Addendum

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____  am not  x  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Patrick H. Peluso
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

*[Signature]*      3/31/20
(Signature)       (Date)
Francis J. Driscoll, Jr.       45325
(Typed or Printed Name)       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____            _____
(Judge's Signature)                                (Date)

## ADDENDUM A TO PELUSO PRO HAC VICE APPLICATION

Patrick H. Peluso has been admitted to practice before the following Courts. Mr. Peluso is active and in good standing in all such Courts.

| Title of Court | Date of Admission |
| --- | --- |
| U.S. Court of Appeals for the Ninth Circuit | 8/30/2018 |
| U.S. Court of Appeals for the Eleventh Circuit | 7/30/2019 |
| U.S. District Court for the District of Colorado | 1/5/2015 |
| U.S. District Court for the Western District of Wisconsin | 6/15/2016 |
| U.S. District Court for the District of New Mexico | 6/20/2016 |
| U.S. District Court for the Eastern District of Michigan | 11/28/2017 |
| U.S. District Court for the Northern District of Illinois | 2/22/2018 |
| U.S. District Court for the Southern District of Illinois | 3/14/2019 |
| U.S. District Court for the Eastern District of Wisconsin | 1/23/2020 |